MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  allison.schmidt@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00699-GMN-PAL<br><br>**STIPULATION AND ORDER FOR COST BOND** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP (**BANA**), and Defendant SFR Investments Pool 1, LLC, (**SFR**) hereby stipulate and agree as follows:

{38180407;2}1

1. Pursuant to NRS 18.130(1) and the request for cost bond filed by SFR as DKT NO. 7, BANA shall deposit with the Clerk of the Court a cost bond in the amount of $500.

DATED this 12th day of May, 2016.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Melanie D. Morgan, Esq.*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>ALLISON R. SCHMIDT, ESQ.<br>Nevada Bar No. 10743<br>AKERMAN LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br>Email: melanie.morgan@akerman.com<br><br>*Attorneys for Plaintiff* | */s/ Diana Cline Ebron, Esq.*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 485-3300<br>Email: diana@kgelegal.com<br><br>*Attorneys for Defendant SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**

May 13, 2016
_____
**DATED**

{38180407;2} 2