MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  allison.schmidt@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00699-GMN-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE TIME FOR PLAINTIFF BANK OF AMERICA, N.A. TO OPPOSE DEFENDANT TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP (**BANA**) and defendant Travata and Montage at Summerlin Centre Homeowners' Association (**Travata**) hereby stipulate and agree as follows:

The parties hereby stipulate and agree BANA's time to respond to Travata's motion to dismiss (Dkt #18; filed on May 26, 2016) shall be continued from June 12, 2016 until July 15, 2016. BANA requests the additional time to afford it the opportunity to adequately respond to Travata's motion to dismiss and to allow sufficient time for client review of the response. The parties submit this request in good faith without the purpose of undue delay.

{38354210;1}1

DATED this 3rd day of June, 2016

| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
|---|---|
| /s/ *Allison R. Schmidt, Esq.*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>ALLISON R. SCHMIDT, ESQ.<br>Nevada Bar No. 10743<br>AKERMAN LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br>Email: allison.schmidt@akerman.com<br><br>*Attorneys for Plaintiff* | /s/ *H. Sunny Jeong, Esq.*<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>HYUNGSEON S. JEONG, ESQ.<br>Nevada Bar No. 12981<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br>Telephone: (702) 382-1500<br>Facsimile: (702) 382-1512<br>Email: bebert@lipsonneilson.com<br>Email: sjeong@lipsonneilson.com<br><br>*Attorneys for Defendant Travata and Montage at Summerlin Centre Homeowners' Association* |
| **KIM GILBERT EBRON** | **NEVADA ASSOCIATION SERVICES, INC.** |
| /s/ *Diana Cline Ebron, Esq.*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 485-3300<br>Facsimile: (702) 485-3301<br>Email: diana@kgelegal.com<br><br>*Attorneys for Defendant SFR Investments Pool 1, LLC* | /s/ *Christopher Yergensen, Esq.*<br>CHRISTOPHER YERGENSEN, ESQ.<br>Nevada Bar No. 6183<br>6224 W. Desert Inn Road<br>Las Vegas, Nevada 89146<br>Telephone: (702) 804-8885<br>Facsimile: (702) 804-8887<br>Email: chris@nas-inc.com<br><br>*Attorneys for Nevada Association Services, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 9, 2016