MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jason.zummo@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br><br> vs. <br><br> TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00699-GMN-PAL <br><br> **NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; PHILLIP LIEBMANN, an individual; and LORRI LIEBMANN, an individual, <br><br> Counter/Cross Defendants. | |

Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA

{40600707;1}                                1

Countrywide Home Loans Servicing, LP (**BANA**) provides notice that Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP. **BANA** requests Ms. Schmidt be removed from the CM/ECF service list. Akerman LLP will continue to represent **BANA** and requests MELANIE D. MORGAN, ESQ., and JASON J. ZUMMO, ESQ. receive all future notices.

Respectfully submitted, this 17th day of February, 2017.

**AKERMAN LLP**

/s/ *Jason J. Zummo, Esq.*
MELANIE D. MORGAN , ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

**COURT APPROVAL**

IT IS SO ORDERED.

Date: February 22, 2017

_____
UNITED STATES MAGISTRATE JUDGE

{40600707;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of February, 2017 and pursuant to FRCP 5, I served via this Court's CM/ECF electronic filing system and/or U.S. regular mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, addressed as follows:

| | |
|---|---|
| **J. William Ebert**<br>**Hyungseon S. Jeong**<br>**Joseph P Garin**<br>Lipson, Neilson, Cole, Seltzer & Garin, P.C.<br>9900 Covington Cross Dr.<br>Suite 120<br>Las Vegas, NV 89144 | **Christopher V. Yergensen**<br>Nevada Association Services, Inc.<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146 |
| **Diana Cline Ebron**<br>**Jacqueline A. Gilbert**<br>Kim Gilbert Ebron<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139 | |

/s/ Renee Livingston
An employee of AKERMAN LLP

{40600707;1}                    3