MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JESSE RANSOM, ESQ.
Nevada Bar No.13535
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
 jesse.ransom@akerman.com

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00699-GMN-PAL<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND APPEARANCE OF COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; PHILLIP LIEBMANN, an individual; and LORRI LIEBMANN, an individual,<br><br>Counter/Cross Defendants. | |

{41314213;1} 1

# NOTICE OF WITHDRAWAL OF COUNSEL AND APPEARANCE OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

Please take notice that Jason Zummo, Esq., of the law firm of Akerman, LLP, hereby withdraws as counsel of record for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, and should be removed from the Court's service list with respect to the above referenced action. Akerman, LLP continues to serve as counsel for Plaintiff in this action.

All future correspondence and papers in this action should continue to be directed to Jesse Ransom, Esq. of Akerman, LLP.

DATED: April 7, 2017

**AKERMAN LLP**

/s/ *Jesse A. Ransom*
MELANIE D. MORGAN , ESQ.
Nevada Bar No. 8215
JESSE RANSOM, ESQ.
Nevada Bar No.13535
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 14, 2017

{41314213;1}   2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 7th day of April, 2017, I caused to be served a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL AND APPEARANCE OF COUNSEL**, in the following manner:

**(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF electronic filing system and served through the Court's Notice of Electronic Filing system automatically generated to those parties registered on the Court's Master E-Service list as follows:

| | |
|---|---|
| J. William Ebert, Esq.<br>Hyungseon S. Jeong, Esq.<br>Joseph P Garin, Esq.<br>Lipson, Neilson, Cole, Seltzer & Garin, P.C.<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144 | Christopher V. Yergensen, Esq.<br>Nevada Association Services, Inc.<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146 |
| Diana Cline Ebron, Esq.<br>Jacqueline A. Gilbert, Esq.<br>Kim Gilbert Ebron, Esq.<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139 | |

*/s/ Carla Llarena*
An employee of AKERMAN LLP

{41314213;1} 3