MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rebekkah.bodoff@akerman.com

*Attorneys for plaintiff and counter-defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVATA and MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00699-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE PENDING RULING ON MOTION FOR PROTECTIVE ORDER**<br><br>**[FIRST REQUEST]** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada Limited liability company,<br><br>Counter/Cross claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; PHILLIP LIEBMANN, an individual; and LORRI LIEBMANN, an individual,<br><br>Counter/ Cross Defendants. | |

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loan Servicing, LP (**BANA**), defendant Travata and Montage at Summerlin Centre Homeowners' Association and defendant, counter- and cross-claimant SFR Investments Pool 1, LLC stipulate to

1

44226135;1

1 extend the dispositive motions deadline until seventy five (75) days after the Court enters an order on
2 BANA's motion for protective order, ECF No. 59, as follows:

3     1. BANA filed its complaint on March 30, 2016 asserting a quiet title/declaratory judgment claim against all defendants, breach of NRS 116.1113 and wrongful foreclosure claims against Travata and Montage at Summerlin Centre Homeowners' Association, and an injunction claim against SFR. (ECF No. 1.)

    2. The Court entered an initial discovery plan and scheduling order on July 21, 2016 setting a December 22, 2016 dispositive motions deadline. (ECF No. 36.)

    3. The Court administratively stayed this case pending exhaustion of all appeals in *Bourne Valley Court Trust v Wells Fargo Bank, N.A.*, Ninth Cir. Case No. 15-15233 on September 27, 2016. (ECF No. 45.) The case remained stayed until November 7, 2017. (ECF No. 53.)

    4. The parties subsequently filed an amended discovery plan and scheduling order on November 30, 2017, setting a March 22, 2018 discovery cut-off and April 23, 2018 dispositive motions deadline. (ECF No. 55.) The Court approved the amended discovery plan. (ECF No. 55.)

    5. SFR noticed BANA's deposition on January 29, 2018. (ECF No. 59-1 at 13.) BANA initially disputed seven of the thirteen noticed topics. The parties resolved their dispute regarding four, and BANA moved for a protective order regarding the remaining three on February 26, 2018. (ECF No. 59.) The briefing likely will not be completed before March 19, 2018. SFR has agreed to hold BANA's deposition in abeyance pending a ruling.

    6. To allow time for the Court to rule on BANA's motion for protective order, ECF No. 59, SFR to complete BANA's deposition after the Court makes its ruling, and to avoid Rule 56(d) motions, the parties stipulate to extending the dispositive motions deadline until seventy five (75) days from the date the Court enters an order on BANA's motion for protective order, ECF No. 59. The parties further stipulate SFR shall have forty five (45) days to complete BANA's deposition after the Court enters an order. The parties select these deadlines to allow sufficient time to coordinate a deposition after the Court rules and obtain transcripts before filing dispositive motions.

    7. The parties do not file this stipulation with the intent to delay, but instead to streamline the anticipated summary judgment briefing and avoid Rule 56(d) motions.

44226135;1

8. This is the parties' first request to extend the dispositive motions deadline.

This the 28th day of February, 2018.

**AKERMAN LLP**

/s/ Rebekkah B. Bodoff, Esq.
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Bank of America, N.A.*

This the 27th day of February, 2018.

**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**

/s/ J. William Ebert, Esq.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2671
DAVID A. MARKMAN, ESQ.
Nevada Bar. No. 14220
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for defendant Travata and Montage at Summerlin Centre Homeowners Association*

This the 27th day of February, 2018.

**KIM GILBERT EBRON**

/s/ Diana S. Ebron, Esq.
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counter- and cross-claimant SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 19, 2018

3

44226135;1