MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
       jared.sechrist@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>vs.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00699-GMN-PAL<br><br>**JOINT RESPONSE TO ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE MONETARY SANCTIONS AGAINST COUNSEL FOR FAILURE TO COMPLY WITH THE COURT'S MINUTE ORDER [ECF NO. 98]** |

Bank of America, N.A. (**BANA**), Nevada Association Services, Inc. (**NAS**), and Travata and Montage at Summerlin Centre Homeowners' Association (**HOA**) hereby respond jointly to the court's order to show cause [ECF No. 101] why the court should not impose monetary sanctions against counsel for failure to comply with the court's minute order [ECF No. 98] as follows:

1

## RESPONSE

1. On September 19, 2018, this Court held a settlement conference with the parties to this litigation at which BANA, the HOA and NAS were able to reach a settlement to resolve the claims BANA asserts against the HOA and NAS. [*See* ECF No. 98].

2. Following the settlement conference, this Court issued a Minute Order on September 19, 2018 ordering the settling parties' counsel to appear for a telephonic status check on November 19, 2018. *Id.* The Court further stated the telephonic status check would be automatically vacated upon the filing of a stipulation to dismiss the claims among the settling parties.

3. The settling parties' counsel failed to comply with the Minute Order and this Court issued an Order to Show Cause why monetary sanctions should not be issued for noncompliance on November 21, 2018. [ECF No. 101]

4. Prior to the settlement conference, counsel for the HOA and BANA reached an agreement to settle the claims between their clients—an HOA and a bank—in a state court action involving similar facts and claims to the present litigation. The parties intended to use the settlement agreement in that case as a template for the settlement reached in this action, thereby avoiding the need to renegotiate settlement impediments.

5. Though close, the parties had not yet finalized the terms of the state court settlement agreement by the time of the status check in this case, preventing the finalization of settlement in the present action and precluding the dismissal of the claims among the settling parties.

6. Following the telephonic status check on November 19, 2018, the settling parties have sought to resolve the instant litigation regardless of the status of the settlement agreement in the state court action.

7. BANA's counsel has circulated a settlement agreement purporting to resolve the settled claims. NAS's counsel and the HOA's counsel have responded with comments, which have been

2

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

incorporated into a near-final version. The parties do not anticipate any further substantial revisions or delays.

8. The parties are in the process of finalizing the agreement for execution by their clients. The settling parties anticipate the execution of the settlement documents, including the stipulation to dismiss all claims among the settling parties within fourteen (14) days (December 19, 2018).

9. In light of the parties' efforts to effectuate the dismissal of the settled claims as soon as practicable following the Court's issuance of the Order to Show Cause, the settling parties respectfully request this Court suspend the issuance of monetary sanctions against the settling parties for fourteen (14) days and that the Court will be satisfied that sanctions are not warranted if the settling parties submit a stipulation to dismiss all claims among the settling parties on or before December 19, 2018.

DATED December 5, 2018.

| This the 5th day of December, 2018. | This the 5th day of December, 2018. |
|---|---|
| **AKERMAN LLP** | **NEVADA ASSOCIATION SERVICES, INC.** |
| */s/ Jared M. Sechrist, Esq.* | */s/ Brandon E. Wood, Esq.* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JARED M. SECHRIST, ESQ.<br>Nevada Bar No. 10439<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for plaintiff and counter-defendant Bank of America, N.A.* | BRANDON WOOD, ESQ.<br>Nevada Bar No. 12900<br>6224 W. Desert Inn Road<br>Las Vegas, Nevada 89146<br><br>*Attorney for defendant Nevada Association Services, Inc.* |

**IT IS SO ORDERED** this 17th day of December, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

3

This the 5th day of December, 2018.

**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**

 */s/ Julie Funai, Esq.*
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2671
JULIE FUNAI, ESQ.
Nevada Bar. No. 8725
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for defendant Travata and Montage at Summerlin Centre Homeowners Association*

## CERTIFICATE OF SERVICE

I certify on December 5, 2018, I filed and served a true and correct copy of the foregoing **JOINT RESPONSE TO ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE MONETARY SANCTIONS AGAINST COUNSEL FOR FAILURE TO COMPLY WITH THE COURT'S MINUTE ORDER [ECF NO. 98]** via the court's CM/ECF system on the following:

J. William Ebert, Esq.
Joseph P. Garin, Esq.
Julie Funai, Esq.
LIPSON NEILSON COLE SELTZER & GARIN, PC
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Travata and Montage at Summerlin Centre Homeowners' Association*

Diana S. Ebron, Esq.
Jacqueline A. Gilbert, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

Brandon Wood, Esq.
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, NV 89146

*Attorney for Nevada Association Services, Inc*

　
*/s/ Tracey Wayne*
An employee of AKERMAN LLP